UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MS. DOE, as Next Friend of JANE DOE, an Incapacitated Person, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1832-B |
| DALLAS AREA RAPID TRANSIT; IRVING HOLDINGS, INC.; MV TRANSPORTATION, INC.; and MOHAMMAD IZHAR-UL-HAQ ANSARI, | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Jane Doe's Motion for Default Judgment (Doc. 22). The Court **DENIES** the Motion **WITHOUT PREJUDICE**.

On April 16, 2024, Doe filed her Motion for Default Judgment. Doc. 22, Mot. Default J. The Court finds that Doe has not sufficiently explained the substantive merits of her claim. The Motion for Default Judgment only explains that Defendant Mohammad Ansari is in default, but fails to explain why she is entitled to default judgment. In order for a Court to grant default judgment, there must be a sufficient basis in the pleadings for the judgment. *See Nishimatsu Constr. Co. v. Hous. Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975). "The defendant is not held to admit facts that are not well-pleaded or to admit conclusions of law." *Id.*

The Court **ORDERS** Plaintiff Jane Doe to refile an amended motion by Friday, October 18, 2024.

SO ORDERED.

SIGNED: September 27, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE